JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., | NO. CV 08-07666 SJO (SSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MATTHEW SMITH, | |
| Defendant. | |

This matter came before the Court on Plaintiff Disney Enterprises, Inc.'s ("Disney") Motion for Entry of Default Judgment. After full consideration of all admissible evidence and documents submitted, the Court granted in part and denied in part Disney's Motion against Defendant Matthew Smith ("Defendant").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That judgment be entered in favor of Disney on its copyright infringement claim.
2. That Disney is awarded $46,500 in statutory damages.
3. That Disney is awarded $3,390 in attorney's fees.
4. That Disney is awarded interest on the total judgment amount of $49,890.
5. That Defendant and his agents, servants, employees, and all persons in active concert and participation with him who receive actual notice of the injunction are hereby restrained from:

1  (a) Infringing the Plaintiff's Copyrights, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, reproducing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of the Plaintiff's Copyrights, and, specifically:

    (i) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale the Unauthorized Media Product or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of the Plaintiff's Copyrights;

(b) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to the Plaintiff's Copyrights;

(c) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant himself is connected with Plaintiff, is sponsored, approved or licensed by Plaintiff, or is affiliated with Plaintiff;

(d) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

IT IS SO ADJUDGED.

May 22, 2009

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE